# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DAVID MACMILLAN, <br><br> Debtor, <br>_____ <br><br>DAVID MACMILLAN, <u>et al.</u>, <br><br> Appellants, <br><br> v. <br><br>ROSENDO GONZALEZ as CHAPTER 7 TRUSTEE, <br><br> Appellee. <br>_____ | Case No. CV 18-3037 FMO <br><br><br><br><br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 2nd day of October, 2018.

_____<br>
/s/<br>
Fernando M. Olguin<br>
United States District Judge